```
                    UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF SOUTH CAROLINA


In Re:                            )    CASE NO: 08-01151-dd
                                  )
JOHN G. CALHOUN                   )    CHAPTER 7
GLENDA R. CALHOUN                 )
                  Debtors.        )
                                  )
_____
```

## DEBTORS' MOTION TO ALTER OR AMEND JUDGMENT
## AND TO GRANT NEW TRIAL
## AND REQUEST TO BE HEARD

The debtors, by counsel, hereby move this Court pursuant to FRBP 9023 making applicable FRCP 59, to alter or amend the judgment and to grant a new trial. The debtors request this Court to alter or amend the judgment in light of the amended or additional findings of fact requested by debtors.

The debtors believe that FRCP 59(e) provides a basis for the relief requested. The debtors also believe that newly discovered evidence provides a basis pursuant to FRCP 59(a) to grant a new trial. The newly discovered evidence relates to an increase in debtors' power bill due to a rate increase and an increase in health insurance premiums beginning April 1, 2009. The budget billing agreement for the debtors will increase to $343.00 per month. The health insurance will increase to $442.00 per month.

The debtors request to be heard on the issues raised in this and debtors' other motions, which are incorporated by this reference. The amended findings of fact or additional findings of fact requested by debtors may alter the analysis of these issues.

Respectfully submitted.


/s/ Joseph E. Mitchell, III
Joseph E. Mitchell, III
District Court ID No. 6115
Attorney for the Debtors


Joseph E. Mitchell, III, P.C.
Post Office Box 2504
Augusta, GA 30903
(706) 826-1808

-3-

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | CASE NO: 08-01151-dd |
| JOHN G. CALHOUN | ) | |
| GLENDA R. CALHOUN | ) | CHAPTER 7 |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY THAT I HAVE THIS DAY SERVED UPON THE FOLLOWING A COPY OF THE WITHIN AND FOREGOING <u>DEBTORS' MOTION TO ALTER OR AMEND JUDGMENT AND REQUEST TO BE HEARD</u> VIA ELECTRONIC TRANSMISSION.

Joseph F. Buzhardt, III, Esquire
United States Trustee


Robert F. Anderson, Esquire
Chapter 7 Trustee


Date: 11/20/08


                                          <u>/s/ Joseph E. Mitchell, III</u>
                                          Joseph E. Mitchell, III
                                          District Court ID No. 6115
                                          Attorney for the Debtors


Joseph E. Mitchell, III, P.C.
Post Office Box 2504
Augusta, GA 30903
(706) 826-1808